UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| SHOCK DOCTOR, INC.                |
|                                   |
|              Plaintiff,           |
|  v.                               |
|  UNITED STATES,                   |
|              Defendant.           |

S U M M O N S

Court No. 24-00203

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

### PROTEST

| Port(s) of Entry: | See Attached Schedule | Center (if known): | |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | Shock Doctor, Inc. | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | Athletic equipment | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 2425
New York, NY 10017 / 212-549-0137
jkenner@strtrade.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Athletic equipment | 6114.30.3060<br>6114.20.0055<br>6114.30.3070 | 14.9%<br>10.8%<br>14.9% | 9506.99.6080 | 4% |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Classification and rate of duty

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner, Esq.
_____
*Signature of Plaintiff's Attorney*

11/11/2024
_____
*Date*

## SCHEDULE OF PROTESTS

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 272019100428 | 4/16/2019 | 5/24/2024 | 69160401712 | 10/02/2017 | 10/19/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101701055 | 05/26/2018 | 12/14/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101701568 | 06/04/2018 | 12/14/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101704448 | 06/10/2018 | 02/08/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101705031 | 06/15/2018 | 12/14/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101708266 | 06/21/2018 | 12/21/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101710015 | 07/12/2018 | 11/02/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101710023 | 07/12/2018 | 01/25/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101710692 | 06/29/2018 | 12/14/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101715303 | 07/23/2018 | 11/02/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101718034 | 08/05/2018 | 02/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101724776 | 08/26/2018 | 02/08/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69101734056 | 09/25/2018 | 01/25/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160347733 | 07/30/2017 | 01/25/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160348558 | 08/07/2017 | 12/21/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160400078 | 09/03/2017 | 01/25/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160400516 | 09/21/2017 | 01/04/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160401795 | 10/21/2017 | 11/26/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160402579 | 11/20/2017 | 12/21/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160403387 | 12/13/2017 | 12/21/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160403825 | 12/26/2017 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160404021 | 01/06/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160404328 | 12/14/2017 | 11/02/2018 | 2720 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160404344 | 01/07/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160404583 | 01/10/2018 | 12/14/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160405408 | 01/17/2018 | 01/25/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160405440 | 02/07/2018 | 11/02/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160405739 | 02/19/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160406042 | 02/27/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160406430 | 03/04/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160407040 | 04/01/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160407248 | 04/08/2018 | 03/22/2019 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160407461 | 04/13/2018 | 11/02/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160407479 | 04/22/2018 | 11/02/2018 | 2704 |
| 272019100430 | 4/18/2019 | 5/24/2024 | 69160407735 | 04/26/2018 | 11/02/2018 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69101698657 | 05/15/2018 | 04/19/2019 | 2720 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69101700438 | 05/27/2018 | 05/24/2019 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69101703523 | 06/03/2018 | 05/24/2019 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69101704307 | 06/03/2018 | 05/24/2019 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69160405911 | 02/19/2018 | 04/19/2019 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69160407321 | 04/08/2018 | 04/19/2019 | 2704 |
| 272019100665 | 10/14/2019 | 5/24/2024 | 69160408733 | 04/30/2018 | 04/19/2019 | 2720 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101745128 | 11/02/2018 | 09/27/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101746423 | 11/16/2018 | 10/11/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101746431 | 11/16/2018 | 10/11/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101748627 | 11/08/2018 | 10/04/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101750698 | 11/16/2018 | 10/11/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101755390 | 12/13/2018 | 11/08/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101760168 | 12/13/2018 | 11/08/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101762487 | 12/27/2018 | 11/22/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101772577 | 01/30/2019 | 12/27/2019 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101776727 | 02/09/2019 | 01/03/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101776735 | 02/16/2019 | 01/10/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101779069 | 02/16/2019 | 01/10/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101779531 | 02/11/2019 | 01/10/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101780711 | 02/21/2019 | 01/17/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101783152 | 03/12/2019 | 02/07/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101783319 | 03/01/2019 | 01/24/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101788466 | 03/20/2019 | 02/14/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101788474 | 03/20/2019 | 02/14/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101789498 | 03/27/2019 | 02/21/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101792450 | 04/02/2019 | 02/28/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101796667 | 04/18/2019 | 03/13/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101797731 | 04/01/2019 | 02/21/2020 | 2720 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101799141 | 04/10/2019 | 03/06/2020 | 2720 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101799638 | 04/24/2019 | 03/20/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101799646 | 04/23/2019 | 03/20/2020 | 2704 |
| 270420118016 | 3/23/2020 | 5/24/2024 | 69101804420 | 04/26/2019 | 03/20/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101800592 | 05/20/2019 | 04/17/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101803265 | 05/13/2019 | 04/03/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101804636 | 05/20/2019 | 04/17/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101806581 | 05/02/2019 | 03/27/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101808108 | 05/27/2019 | 04/17/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101808124 | 05/22/2019 | 04/17/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101808694 | 05/06/2019 | 03/27/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101809551 | 05/31/2019 | 04/24/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101811177 | 05/16/2019 | 04/10/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101812860 | 05/22/2019 | 04/17/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101812886 | 06/08/2019 | 05/01/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101812910 | 06/06/2019 | 05/01/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101814908 | 06/17/2019 | 05/08/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101815459 | 05/29/2019 | 04/24/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101818099 | 06/25/2019 | 05/22/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101818107 | 06/25/2019 | 05/22/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101818164 | 06/24/2019 | 05/22/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101818875 | 06/27/2019 | 05/22/2020 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101818883 | 06/28/2019 | 05/29/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101820434 | 06/14/2019 | 05/08/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101820939 | 07/07/2019 | 05/29/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101821259 | 07/06/2019 | 05/29/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101823412 | 06/26/2019 | 05/22/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101824808 | 07/10/2019 | 06/05/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101824923 | 07/17/2019 | 06/12/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101826860 | 07/24/2019 | 06/19/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101826878 | 07/24/2019 | 06/19/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101826902 | 07/23/2019 | 06/19/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101830391 | 08/07/2019 | 07/03/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101830409 | 08/07/2019 | 07/03/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101831639 | 08/10/2019 | 07/03/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101831647 | 08/09/2019 | 07/03/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101832520 | 08/14/2019 | 07/10/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101833825 | 08/09/2019 | 07/03/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101834518 | 08/23/2019 | 07/17/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101836133 | 08/28/2019 | 07/24/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101838220 | 09/07/2019 | 07/31/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101838733 | 09/02/2019 | 07/24/2020 | 2720 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101841448 | 09/12/2019 | 08/07/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101843071 | 09/19/2019 | 08/14/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101843246 | 09/20/2019 | 08/14/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101845233 | 09/26/2019 | 08/21/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101845266 | 09/26/2019 | 08/21/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101900236 | 10/01/2019 | 08/28/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101900673 | 10/04/2019 | 08/28/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101900863 | 10/07/2019 | 09/04/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101901267 | 10/18/2019 | 09/11/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101901283 | 10/10/2019 | 09/04/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101901291 | 10/10/2019 | 09/04/2020 | 2704 |
| 272020102956 | 9/22/2020 | 5/24/2024 | 69101903933 | 10/24/2019 | 09/18/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101907884 | 11/07/2019 | 10/02/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101909450 | 11/14/2019 | 10/09/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101909757 | 11/17/2019 | 10/09/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101909799 | 11/18/2019 | 10/16/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101910375 | 11/19/2019 | 10/16/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101910441 | 11/22/2019 | 10/16/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101911175 | 11/22/2019 | 10/16/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101914484 | 12/02/2019 | 10/23/2020 | 2720 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101914583 | 12/06/2019 | 10/30/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101915689 | 12/10/2019 | 11/06/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101916620 | 12/12/2019 | 11/06/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101917180 | 12/17/2019 | 11/13/2020 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101917248 | 12/12/2019 | 11/06/2020 | 2720 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101917800 | 12/16/2019 | 11/13/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101918105 | 12/18/2019 | 11/13/2020 | 2720 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101918915 | 12/22/2019 | 11/20/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101920051 | 12/26/2019 | 11/20/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101921505 | 01/03/2020 | 11/27/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101921554 | 01/03/2020 | 11/27/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101921802 | 01/07/2020 | 12/04/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101923071 | 01/09/2020 | 12/04/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101924327 | 01/13/2020 | 12/11/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101926777 | 01/24/2020 | 12/18/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101927924 | 01/23/2020 | 12/18/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101927932 | 01/24/2020 | 12/18/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101928666 | 01/24/2020 | 12/18/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101930290 | 02/01/2020 | 12/25/2020 | 2704 |
| 270421153726 | 3/24/2021 | 5/24/2024 | 69101931645 | 02/04/2020 | 01/01/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101941651 | 03/06/2020 | 06/04/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101941941 | 03/11/2020 | 06/04/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101942741 | 03/09/2020 | 06/04/2021 | 2720 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101943327 | 03/10/2020 | 06/04/2021 | 2720 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101944523 | 03/16/2020 | 06/04/2021 | 2720 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101945017 | 03/18/2020 | 06/04/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101947138 | 03/25/2020 | 06/04/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101972888 | 07/08/2020 | 06/04/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101975840 | 07/17/2020 | 06/11/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101978547 | 07/28/2020 | 06/25/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101984115 | 08/18/2020 | 07/16/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101993371 | 09/14/2020 | 08/13/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101995681 | 09/21/2020 | 08/13/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69101996994 | 09/24/2020 | 08/20/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102003022 | 10/12/2020 | 09/03/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102004897 | 10/19/2020 | 09/10/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102008732 | 10/27/2020 | 09/24/2021 | 2720 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102010308 | 10/30/2020 | 09/24/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102017923 | 11/21/2020 | 10/15/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102024986 | 12/09/2020 | 11/05/2021 | 2720 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102029233 | 12/18/2020 | 11/12/2021 | 2704 |
| 270421158662 | 11/23/2021 | 5/24/2024 | 69102029670 | 12/21/2020 | 11/19/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102032724 | 12/30/2020 | 11/26/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102035222 | 01/05/2021 | 12/03/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102036212 | 02/08/2021 | 12/03/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102043606 | 01/25/2021 | 12/17/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102044398 | 01/27/2021 | 12/24/2021 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102046732 | 02/03/2021 | 12/31/2021 | 2720 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102048118 | 02/17/2021 | 01/14/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102049983 | 02/11/2021 | 01/07/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102051328 | 02/15/2021 | 01/07/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102051518 | 02/16/2021 | 01/14/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102053837 | 02/23/2021 | 01/07/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102056731 | 03/02/2021 | 01/28/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102057440 | 03/05/2021 | 01/28/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102067563 | 04/05/2021 | 02/25/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102068454 | 04/07/2021 | 03/04/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102074221 | 04/26/2021 | 03/18/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102074312 | 04/26/2021 | 03/18/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102074437 | 04/26/2021 | 03/18/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102077802 | 05/06/2021 | 04/01/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102077844 | 05/06/2021 | 04/01/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102080590 | 05/14/2021 | 04/08/2022 | 2720 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102080616 | 05/14/2021 | 04/08/2022 | 2720 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102081002 | 05/17/2021 | 04/08/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102081176 | 05/18/2021 | 04/15/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102083040 | 05/23/2021 | 04/15/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102085631 | 05/28/2021 | 04/22/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102091746 | 06/14/2021 | 05/06/2022 | 2704 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102091852 | 06/11/2021 | 05/06/2022 | 2720 |
| 270422160520 | 5/23/2022 | 5/24/2024 | 69102091860 | 06/11/2021 | 05/06/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102094245 | 06/21/2021 | 05/13/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102096109 | 06/26/2021 | 05/20/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102097982 | 06/30/2021 | 05/27/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102101487 | 08/04/2021 | 07/01/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102101677 | 07/22/2021 | 06/17/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102101743 | 07/21/2021 | 06/17/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102106833 | 08/05/2021 | 07/01/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102110769 | 08/02/2021 | 06/24/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102113334 | 08/06/2021 | 07/01/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102114969 | 08/13/2021 | 07/08/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102115834 | 08/13/2021 | 07/08/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102117137 | 08/26/2021 | 07/08/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102118986 | 09/02/2021 | 07/22/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102119075 | 08/26/2021 | 07/22/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102119174 | 08/27/2021 | 07/22/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102120321 | 08/26/2021 | 07/22/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102131310 | 10/01/2021 | 08/26/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102134082 | 09/28/2021 | 08/26/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102134405 | 09/29/2021 | 08/26/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102136301 | 10/04/2021 | 09/02/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102137309 | 10/06/2021 | 09/02/2022 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102138000 | 10/11/2021 | 09/02/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102139875 | 10/12/2021 | 09/09/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102148413 | 11/09/2021 | 10/07/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102156440 | 11/17/2021 | 10/14/2022 | 2704 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102158735 | 11/22/2021 | 10/21/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102158909 | 11/22/2021 | 10/21/2022 | 2720 |
| 270422162788 | 11/7/2022 | 5/24/2024 | 69102160723 | 11/29/2021 | 10/21/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102159758 | 01/06/2022 | 12/02/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102162133 | 12/01/2021 | 10/28/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102162141 | 12/01/2021 | 10/28/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102163248 | 12/07/2021 | 11/04/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102165326 | 12/07/2021 | 11/04/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102166696 | 12/12/2021 | 11/04/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102167355 | 12/13/2021 | 11/04/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102169617 | 12/21/2021 | 11/18/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102170797 | 12/27/2021 | 11/25/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102171605 | 12/21/2021 | 11/18/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102172637 | 12/23/2021 | 11/18/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102172967 | 12/27/2021 | 11/25/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102173031 | 01/31/2022 | 12/02/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102174518 | 12/29/2021 | 11/25/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102177461 | 01/06/2022 | 12/02/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102180903 | 02/16/2022 | 01/13/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102181299 | 02/13/2022 | 01/06/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102182974 | 01/20/2022 | 12/16/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102185092 | 01/20/2022 | 12/16/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102185100 | 01/22/2022 | 12/16/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102186090 | 02/01/2022 | 12/16/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102186959 | 01/24/2022 | 12/16/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102189896 | 02/05/2022 | 12/30/2022 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102190183 | 02/01/2022 | 12/30/2022 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102198517 | 02/21/2022 | 01/13/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102198707 | 02/21/2022 | 01/13/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199119 | 03/15/2022 | 02/10/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199234 | 02/23/2022 | 01/20/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199259 | 02/22/2022 | 01/20/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199283 | 03/15/2022 | 02/10/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199531 | 02/22/2022 | 01/20/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102199564 | 02/22/2022 | 01/20/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102201402 | 02/28/2022 | 01/20/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102201519 | 02/28/2022 | 01/20/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102201683 | 02/28/2022 | 01/20/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102202145 | 03/01/2022 | 01/27/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102204513 | 03/07/2022 | 01/27/2023 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102207540 | 04/02/2022 | 02/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102207557 | 04/02/2022 | 02/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102207714 | 03/14/2022 | 02/03/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102208704 | 03/15/2022 | 02/10/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102208936 | 03/16/2022 | 02/10/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102211070 | 03/21/2022 | 02/10/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102213704 | 03/28/2022 | 02/17/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102214728 | 03/30/2022 | 02/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102218927 | 04/11/2022 | 03/03/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102221350 | 04/15/2022 | 03/10/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102224073 | 04/21/2022 | 03/17/2023 | 2720 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102224602 | 04/22/2022 | 03/17/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102226177 | 04/26/2022 | 03/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102226334 | 04/26/2022 | 03/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102226912 | 04/27/2022 | 03/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102227894 | 04/29/2022 | 03/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102228058 | 04/29/2022 | 03/24/2023 | 2704 |
| 272023104857 | 4/6/2023 | 5/24/2024 | 69102231094 | 05/09/2022 | 03/31/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102232787 | 05/12/2022 | 04/07/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102234734 | 05/17/2022 | 04/14/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102235186 | 05/17/2022 | 04/14/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102236564 | 05/21/2022 | 04/14/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102237646 | 05/24/2022 | 04/21/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102239758 | 05/30/2022 | 04/21/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102242166 | 06/05/2022 | 04/28/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102242307 | 06/07/2022 | 05/05/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102248759 | 06/20/2022 | 05/12/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102249740 | 06/21/2022 | 05/19/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102249997 | 06/21/2022 | 05/19/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102251571 | 06/24/2022 | 05/19/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102252660 | 06/28/2022 | 05/26/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102252827 | 06/28/2022 | 05/26/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102252884 | 06/28/2022 | 05/26/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102255648 | 07/06/2022 | 06/02/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102256802 | 07/09/2022 | 06/02/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102257842 | 07/12/2022 | 06/09/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102257974 | 07/12/2022 | 06/09/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102260861 | 07/19/2022 | 06/16/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102262073 | 07/22/2022 | 06/16/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102263873 | 07/26/2022 | 06/23/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102264723 | 07/30/2022 | 06/23/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102266611 | 08/02/2022 | 06/30/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102267759 | 08/04/2022 | 06/30/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102268781 | 08/10/2022 | 07/07/2023 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102269615 | 08/09/2022 | 07/07/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102271389 | 08/15/2022 | 07/07/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102275919 | 08/26/2022 | 07/21/2023 | 2720 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102276750 | 09/01/2022 | 07/28/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102277550 | 09/06/2022 | 08/04/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102277675 | 09/06/2022 | 08/04/2023 | 2704 |
| 270423168213 | 10/2/2023 | 5/24/2024 | 69102280992 | 09/12/2022 | 08/04/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288580812 | 10/21/2022 | 09/22/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288583246 | 10/27/2022 | 09/22/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288587882 | 11/16/2022 | 10/13/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288588096 | 11/15/2022 | 10/13/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288589201 | 11/21/2022 | 10/20/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288595794 | 12/14/2022 | 11/10/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288598384 | 12/28/2022 | 11/24/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288598699 | 12/28/2022 | 11/24/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288599440 | 12/30/2022 | 12/01/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288603358 | 01/17/2023 | 12/15/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288605585 | 01/24/2023 | 12/22/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288607250 | 01/31/2023 | 12/29/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288610700 | 02/18/2023 | 01/19/2024 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288611476 | 02/24/2023 | 01/26/2024 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 44288612631 | 02/28/2023 | 01/26/2024 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102284309 | 09/24/2022 | 08/18/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102285207 | 09/22/2022 | 08/18/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102285967 | 09/27/2022 | 08/25/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102287799 | 10/02/2022 | 08/25/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102291528 | 10/18/2022 | 09/15/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102293516 | 10/17/2022 | 09/08/2023 | 2720 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102299703 | 11/06/2022 | 09/29/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102302598 | 11/21/2022 | 10/20/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102315202 | 12/29/2022 | 11/24/2023 | 2720 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102317810 | 01/13/2023 | 12/08/2023 | 2720 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102319097 | 01/31/2023 | 12/29/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102321051 | 01/28/2023 | 12/22/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102321101 | 01/30/2023 | 12/22/2023 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | 69102324378 | 02/13/2023 | 01/12/2024 | 2704 |
| 270424169337 | 2/12/2024 | 5/24/2024 | SCS56287728 | 12/21/2022 | 11/17/2023 | 4196 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288613845 | 03/07/2023 | 02/02/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288615048 | 03/13/2023 | 02/09/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288615998 | 03/14/2023 | 02/09/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619081 | 03/24/2023 | 02/23/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619107 | 03/24/2023 | 02/23/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619222 | 03/27/2023 | 02/23/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619560 | 03/27/2023 | 02/23/2024 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry | Entry Date | Liquidation date | Port of Entry |
|---|---|---|---|---|---|---|
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619586 | 03/28/2023 | 02/23/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288619883 | 03/29/2023 | 02/23/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288620808 | 04/04/2023 | 03/01/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288623257 | 04/13/2023 | 03/08/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288623687 | 04/14/2023 | 03/15/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288623745 | 04/14/2023 | 03/15/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288623836 | 04/20/2023 | 03/15/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288625526 | 04/24/2023 | 03/22/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288625856 | 04/26/2023 | 03/22/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288626599 | 04/28/2023 | 03/29/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288628439 | 05/04/2023 | 03/29/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288628678 | 05/04/2023 | 03/29/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288629122 | 05/10/2023 | 04/05/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288630617 | 05/14/2023 | 04/12/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288630799 | 05/11/2023 | 04/05/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288632241 | 05/20/2023 | 04/19/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288632290 | 05/24/2023 | 04/19/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288632555 | 05/25/2023 | 04/26/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288636911 | 06/13/2023 | 05/10/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288637539 | 06/16/2023 | 05/17/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288641135 | 06/29/2023 | 05/31/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288642083 | 07/06/2023 | 05/31/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288647678 | 08/04/2023 | 07/05/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288648684 | 08/02/2023 | 06/28/2024 | 2704 |
| 270424170391 | 7/17/2024 | 7/24/2024 | 44288651290 | 08/14/2023 | 07/12/2024 | 2704 |